UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

EDUARDO CANIZALES SAUCEDO,

    Petitioner,

v.

WARDEN, BLUEBONNET DETENTION
CENTER, et al.,

    Respondents.

No. 1:26-CV-253-H

## ORDER

Eduardo Canizales Saucedo petitioned for a writ of habeas corpus challenging his mandatory detention without bond. Dkt. No. 1. He informs the Court that he was granted voluntary departure and has left the United States. Dkt. No. 9. Accordingly, Canizales Saucedo is no longer detained. *Id.* at 1.

Based on the information provided by the petitioner, the Court concludes that Canizales Saucedo's claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on July 6, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE